IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARK J. ADAMS

v.    :    CIVIL ACTION NO. MJG-02-1608

MAYOR AND CITY COUNCIL OF
   BALTIMORE
HONORABLE PAUL GRAZIANO

## ORDER

Plaintiff filed the above-captioned action, together with the $150.00 civil filing fee, on May 6, 2002. Plaintiff therefore bears the responsibility for effecting service of process on defendants.

Pursuant to Fed. R. Civ. P. 4, plaintiff may effect service by presenting a summons to the Clerk of the Court for signature and seal and then serving a copy of the summons and complaint on each defendant. Service of the summons and the complaint may be effected **by any person who is not a party and who is at least 18 years of age**.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify this Court, through an affidavit, that he or she has served defendants. If plaintiff does not use a private process service, and instead use registered or certified mail to make service, the must file with the Court the United States Post Office acknowledgment as proof of service.

Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit shall result in the dismissal of the complaint without further notice from the Court.

Accordingly, **IT IS** this _____ day of _____, 2002, by this Court hereby

**ORDERED:**

1.   That the Clerk of the Court **MAIL** a copy of this Order to plaintiff.

_____
Marvin J. Garbis
United States District Judge